# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH ANN GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:14-cv-01251-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

On August 8, 2014, Plaintiff Leigh Ann Grant ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day.  (ECF No. 2.)

In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).  In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

/ / /

Plaintiff's application states that the only other person dependent upon him for support is her nephew. The 2014 Poverty Guidelines for the 48 contiguous states for a household of two is $15,730.00. 2014 Poverty Guidelines, http://aspe.hhs.gov/poverty/14poverty.cfm (last visited August 12, 2014).

Plaintiff states that she earns $191 per month from employment. Plaintiff also stated that she receives $1,509 per month in public assistance as support for her nephew. Accordingly, Plaintiff receives $20,400.00 in annual income.

Plaintiff identified $1,410.00 per month in monthly expenses. This amounts to $16,920 in annual expenses. The Court notes that in the "Total monthly expenses" box on the in forma pauperis application, Plaintiff wrote "$140.00" even though the actual sum of the total monthly expenses identified is $1,410.00. The Court admonishes Plaintiff and her attorney to verify the accuracy of information provided to the court.

Plaintiff's application to proceed in forma pauperis demonstrates that Plaintiff is able to pay the $400.00 filing fee in this action as her reported annual income is significantly higher than her reported annual expenses. Moreover, Plaintiff's income is substantially higher than the 2014 Poverty Guidelines.

Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed in forma pauperis under 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED and Plaintiff shall pay the $400.00 filing fee within thirty (30) days. If the filing fee is not paid within thirty (30) days, this action will be dismissed.

IT IS SO ORDERED.

Dated:   **August 12, 2014**  
_____  
UNITED STATES MAGISTRATE JUDGE