1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

| | |
|---|---|
| LEIGH ANN GRANT, | Case No.  1:14-cv-01251-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SUBMIT SIGNED DECLARATION |
| v. | (ECF No. 4) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

13     On August 8, 2014, Plaintiff Leigh Ann Grant ("Plaintiff") filed the complaint in this

14  action seeking judicial review of the final decision of Defendant Commissioner of Social

15  Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act.

16  (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of

17  the filing fee on the same day.  (ECF No. 2.)  The Court found that Plaintiff was not entitled to

18  proceed in forma pauperis and an order issued on August 12, 2014 denying the application.

19  (ECF No. 3.)  On August 14, 2014, Plaintiff filed a motion for reconsideration and an unsigned

20  declaration.  (ECF No. 4.)  Plaintiff is HEREBY ORDERED to either file a signed declaration or

21  pay the $400.00 filing fee within fourteen days from the date of service of this order.  Failure to

22  comply with this order will result in this action being dismissed.

23

24  IT IS SO ORDERED.

25  Dated:   **September 15, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

26

27

28

1