# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH ANN GRANT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:14-cv-01251-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

　　　　On August 8, 2014, Plaintiff Leigh Ann Grant ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day.  (ECF No. 2.)  Based upon review of the application, the Court denied Plaintiff's application to proceed in forma pauperis.  Plaintiff filed a motion for reconsideration on August 14, 2014 which included an unsigned declaration.  (ECF No. 4.)  An order issued on September 15, 2014, requiring Plaintiff to file a signed declaration in support of the motion for reconsideration.  (ECF No. 5.)  On September 30, 2014, Plaintiff filed a signed declaration.  (ECF No. 6.)

　　　　The Court grants the motion for reconsideration and finds that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

1

1 | Accordingly, IT IS HEREBY ORDERED THAT:

2 | 1. Plaintiff's application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED;

3 | 2. The Clerk of Court is DIRECTED to issue a summons; and

4 | 3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **October 1, 2014**

_____
UNITED STATES MAGISTRATE JUDGE