# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH ANN GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:14-cv-01251-SAB<br><br>ORDER STRIKING DUPLICATIVE OPENING BRIEF<br><br>(ECF No. 16) |

On May 22, 2015, Plaintiff filed an opening brief.  (ECF No. 16.)  On May 27, 2015, Plaintiff filed a second opening brief.  (ECF No. 17.)  On May 29, 2015, Plaintiff filed an application to strike the brief filed May 22, 2015.  (ECF No. 18.)  Based upon Plaintiff's application, IT IS HEREBY ORDERED that Plaintiff's brief filed May 22, 2015 is STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   **June 10, 2015**

UNITED STATES MAGISTRATE JUDGE